IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

NICHOLAS ANDREW MAYVILLE,

      Appellant,

v.

                                    Case No.  5D21-2440
                                    LT Case No. 2020-300508-CFDB

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed August 30, 2022

Appeal from the Circuit Court
for Volusia County,
Matthew M. Foxman, Judge.

Matthew J. Metz, Public Defender,
and Kathryn Rollison Radtke,
Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney
General, Daytona Beach, for
Appellee.

PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., EVANDER and WALLIS, JJ., concur.